## STATE v. ARNOLD

No. 245A90

Case below: 98 N.C. App. 518

Petition by Attorney General for temporary stay allowed 26 June 1990.

## STATE v. BULLARD

No. 149P90

Case below: 97 N.C. App. 496

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## STATE v. CINEMA BLUE OF CHARLOTTE

No. 267P90

Case below: 98 N.C. App. 628

Petition by defendants for temporary stay allowed 26 June 1990 pending decision on petition for discretionary review. Temporary stay dissolved 26 July 1990. Notice of appeal by defendants pursuant to G.S. 7A-30 dismissed 26 July 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## STATE v. GARVICK

No. 291A90

Case below: 98 N.C. App. 556

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 26 July 1990. Motion by Attorney General to dismiss appeal (except issue presented in dissent) for lack of significant public interest allowed 26 July 1990.